**Opinion filed June 19, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00147-CR

_____

## MARVIN AUGUST JOANIS, IV, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR58526**

### M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal from the trial court's judgment revoking his community supervision. The trial court's initial certification of Appellant's right of appeal stated that this "is not a plea-bargain case" and that Appellant had the right of appeal. The trial court, along with Appellant and Appellant's trial counsel, subsequently signed an amended certification stating that Appellant "has waived the right of appeal, pursuant to [a] plea bargain in CR60,503." *See* TEX. R. APP. P. 25.2(d), (f). We requested a response from Appellant's counsel regarding the trial court's amended certification. In response, Appellant filed a motion to dismiss

the appeal. In the motion, Appellant states that, after consulting with his counsel, Appellant "wishes to withdraw this appeal." *See* TEX. R. APP. P. 42.2(a). The motion is signed by Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See id*.

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 25.2(d), 42.2(a).


W. STACY TROTTER

JUSTICE


June 19, 2025

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.